# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**U.S.A. vs. Trayvond D Crawford**             Docket No. 5:13-MJ-2021-1

## Petition for Action on Probation

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Trayvond D. Crawford, who, upon an earlier plea of guilty to two counts of Simple Assault, in violation of 18 U.S.C. § 113(a)(4), was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on April 9, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 60 hours of community service during the summer of 2014 as directed by the probation office, and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall complete any anger management courses as directed by the probation office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In order to address any undiagnosed disorders which may not be revealed through anger management therapy, it is respectfully requested that his conditions of probation be modified to include mental health treatment in order to better evaluate/treat the defendant. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: April 16, 2014 |

### ORDER OF COURT

Considered and ordered this __21st__ day of __April__, 2014, and ordered filed and made a part of the records in the above case.

_____
William A. Webb
U.S. Magistrate Judge