# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Trayvond D. Crawford            Docket No. 5:13-MJ-2021-1

## Petition for Action on Probation

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Trayvond D. Crawford, who, upon an earlier plea of guilty to Simple Assault (two counts), in violation of 18 U.S.C. §113(a)(4), was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on April 9, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 60 hours of community service during the summer of 2014 as directed by the probation office, and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall complete any anger management courses as directed by the probation office.

On April 21, 2014, the defendant's conditions of probation were modified to include mental health treatment, in order to appropriately address any mental health issues he may be experiencing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 8, 2014, the defendant was charged with Simple Assault at Fort Bragg, North Carolina. A verbal altercation between the defendant and his mother escalated into a physical altercation when the mother pushed the defendant. The defendant then pushed and hit his mother. A meeting was held with the defendant, his stepfather, the probation officer, supervising probation officer, and treatment provider on July 10, 2014. The defendant admits that he handled the situation poorly, and steps are being taken to find an alternative residence for the defendant. The defendant is scheduled for a psychiatric evaluation on July 16, 2014. He continues to engage in individual mental health counseling to address issues within the family unit. A contract was executed in which the defendant has agreed to utilize all resources available when dealing with his anger. All parties are seeking alternative residential plans for the defendant, as well as possible entry into a program such as Job Corps or other available programs. His mother has advised that she feels the best thing for all parties is for the defendant to find his own residence, and become independent. Based upon all factors surrounding this case, it is respectfully recommended that the defendant's supervision be continued in order to allow the defendant to continue mental health counseling, undergo a psychiatric evaluation and further treatment if deemed necessary, finish high school, and find his own residence. As a punitive sanction, it is recommended that his conditions be modified to include three days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Trayvond D. Crawford
Docket No. 5:13-MJ-2021-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of three days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

   Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: July 16, 2014 |

### ORDER OF COURT

Considered and ordered this __17th__ day of ____July____, 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge